**EXHIBIT B**

**THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| ESTATE OF LATAURUS HARRISON, by and thorough administrator, RUBY HARRISON-FOARD | ) | No. 1:25-cv-1061-JPH-MKK |
| *Plaintiff*, | ) | JURY TRIAL DEMANDED |
| v. | ) | |
| MASON BRIZENDINE, GRANT STEPHENS, CHRIS BURKHARDT, and UNKNOWN OFFICERS OF COUNTY OF MADISON, and the COUNTY OF MADISON. | ) | |
| *Defendants*. | ) | |

**DECLARATION OF QUINN RALLINS**

Pursuant to 28 U.S.C. § 1746, I, Quinn Rallins, declare under penalty of perjury that the following is true and correct:

1. I am one of the attorneys representing Plaintiff Ruby Harrison-Foard, administrator of the Estate of Lataurus Harrison.
2. I signed responses to the interrogatories and requests to admit in this matter.
3. The responses to the requests for admissions were inadvertently not responded to.
4. The responses to No. 5 should have said "deny".
5. In the course of preparing Plaintiff's response to Defendants' motion for summary judgment that was filed on July 30, 2026, I discovered that I had not responded to Defendants' six requests for admission.

6. Counsel for each side were in constant communication during the discovery phase of this case, scheduling depositions, and raising objections. Defense counsel never raised the failure to respond with Plaintiff's counsel. Nor did not come up during Plaintiff's deposition or expert discovery. Instead, I discovered them for the first time when preparing Plaintiff's response brief filed on September 9, 2026.

7. Had I known of this discrepancy at an earlier time, I would have promptly brought it to the attention of the Court and opposing counsel.

Dated: September 29, 2026

Quinn Rallins