LOEVY + LOEVY

# Foard - RFAs

**Quinn Rallins** <rallins@loevy.com> Tue, Sep 22, 2026 at 3:48 PM
To: Matt Hinkle <MHinkle@chwlaw.com>, Laura Parks <lparks@chwlaw.com>
Cc: Jon Loevy <jon@loevy.com>, Bethan Gee <gee@loevy.com>

Counsel:

This probably isn't on your radar, but we wanted to address a small fact issue we discovered in preparing our response to the motions to summary judgment.

Specifically, we discovered that we did not respond to Defendants' six requests for admission that were served alongside your interrogatories and documents requests, which we responded to. This was inadvertent. While we did plan to deny Requests No. 1-4, and 6., we did intend to deny Request No. 5. We wanted to be upfront about this, of course, and are not hiding the ball. For reference, in our complaint, we alleged Defendants falsely claimed that Brizendine saw Lataurus Harrison pull out a gun, and that, at no point during Harrison's encounter with Defendants did he take any action that would have justified Brizendine's use of deadly force. As you know, whether Mr. Harrison brandished a gun has been hotly contested throughout the litigation, including during the depositions for Defendants, Plaintiff, and third-parties.

It was simply an inadvertent mistake that appears to be from copying and pasting the multiple discovery requests, but forgetting to include the six requests for admission.

Rule 36 requires us to file a motion to amend or alter the response to Request No. 5; can we file the motion as unopposed? We hope that, as professionals, we can all recognize that simple mistakes happen despite our best efforts. And, while it is hard to see how there might be any prejudice (particularly given the allegations in the complaint), if you oppose the motion, please do let us know what sort of prejudice you believe might suffer.

In the meantime, we'll get the voluntary dismissal of certain claims on file today to narrow the issues of dispute.

Thanks,

**Quinn K. Rallins**
LOEVY + LOEVY
Office: (312) 243-5900
Fax: (312) 243-5902
311 N Aberdeen St, Chicago, IL 60607
www.loevy.com